IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREEN MOUNTAIN CAPITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | No. 1:19-cv-2603 (Consolidated with 1:19-cv-2708) |
| JUMAR MANAGEMENT, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Hon. Lydia Kay Griggsby |

**JOINT MOTION TO STAY IN LIGHT OF SETTLEMENT IN PRINCIPLE**

Plaintiffs, Green Mountain Capital, LLC ("Green Mountain") and Jumar Management, LLC, Mount Elbert 14,440, LLC, Mount Elbert 14,440 QP, LLC, Long's Peak Capital Partners, LLC and Long's Peak Capital Partners QP, LLC (collectively "Jumar"), and Defendant, Federal Insurance Company ("Federal"), through their undersigned counsel, hereby jointly move this Court to stay this litigation for the following reasons:

1. Fact discovery is set to close in this matter on November 22, 2021, Requests to Admit must be issued by November 29, 2021 and dispositive motions are due by December 30, 2021.  ECF 79.

2. On November 10, 2021, the parties reached a settlement in principle regarding all claims in this consolidated litigation. Because Plaintiff Jumar and related companies are in receivership, the settlement is contingent upon approval by the receivership court.

3. The parties are in the process of documenting the settlement and will thereafter be seeking approval of the receivership court.

4. So that no one is prejudiced, the parties respectfully request that this Court stay the present litigation and all upcoming deadlines pending approval and finalization of the settlement.

WHEREFORE, the parties respectfully jointly request that this Court stay the present litigation and all upcoming deadlines pending approval and finalization of their settlement.

Respectfully Submitted,

JUMAR MANAGEMENT, LLC,
GREEN MOUNTAIN CAPITAL, LLC, and
FEDERAL INSURANCE COMPANY

By:    /s/Kevin J. Kuhn

Kevin J. Kuhn
Kuhn Firm P.C.
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
312-803-5820
kkuhn@kuhnfirm.com

Jan I. Berlage
Gohn, Hankey & Berlage LLP
201 N. Charles St., Suite 2101
Baltimore, MD 21201
410-752-9300
jberlage@ghsllp.com

*Counsel for Plaintiffs*

FEDERAL INSURANCE COMPANY

By: /s/Nicholas J. Daly

Brian A. Scotti
Scott L. Schmookler
Nicholas J. Daly
GORDON REES SCULLY MANSUKHANI, LLC
1101 King St., Suite 520
Alexandria, VA 22314
312-565-1400
bscotti@grsm.com
sschmookler@grsm.com
ndaly@grsm.com

*Attorneys for Federal Insurance Company*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he served the foregoing Joint Motion to Stay in Light of Settlement in Principle by email to: ndaly@grsm.com, sschmookler@grsm.com, bscotti@grsm.com and the court's e-filing system on November 15, 2021, before 5:00 p.m.

                                                      /s/Kevin J. Kuhn