IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREEN MOUNTAIN CAPITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | No. 1:19-cv-2603 (Consolidated with 1:19-cv-2708)<br><br>Hon. Lydia Kay Griggsby |
| JUMAR MANAGEMENT, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiffs, Green Mountain Capital, LLC ("Green Mountain") and Jumar Management, LLC, Mount Elbert 14,440, LLC, Mount Elbert 14,440 QP, LLC, Long's Peak Capital Partners, LLC and Long's Peak Capital Partners QP, LLC (collectively "Jumar"), and Defendant, Federal Insurance Company ("Federal"), through their undersigned counsel, hereby stipulate to the dismissal of the above captioned actions (1:19-cv-2603 and 1:19-cv-2708) with prejudice and without costs or attorneys' fees pursuant to F.R.C.P. 41 (a)(1)(A)(ii).

Respectfully Submitted,

JUMAR MANAGEMENT, LLC, MOUNT ELBERT
14,440, LLC, MOUNT ELBERT 14,440 QP, LLC,
LONG'S PEAK CAPITAL PARTNERS, LLC AND
LONG'S PEAK CAPITAL PARTNERS QP, LLC,
GREEN MOUNTAIN CAPITAL, LLC,

By:    /s/Kevin J. Kuhn

Kevin J. Kuhn
Kuhn Firm P.C.
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
847-875-8245
kkuhn@kuhnfirm.com

Jan I. Berlage
Gohn, Hankey & Berlage LLP
201 N. Charles St., Suite 2101
Baltimore, MD 21201
410-752-9300
jberlage@ghsllp.com

*Counsel for Plaintiffs*

FEDERAL INSURANCE COMPANY

By: /s/Nicholas J. Daly

Brian A. Scotti
Scott L. Schmookler
Nicholas J. Daly
GORDON REES SCULLY MANSUKHANI, LLC
1101 King St., Suite 520
Alexandria, VA 22314
312-565-1400
bscotti@grsm.com
sschmookler@grsm.com
ndaly@grsm.com

*Attorneys for Federal Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served the foregoing STIPULATION OF DISMISSAL by email to: ndaly@grsm.com, sschmookler@grsm.com, bscotti@grsm.com and the court's e-filing system on February 18, 2022, before 5:00 p.m.

                                                      /s/Kevin J. Kuhn